UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

ANN M. VANNESS

Debtor.

Case No. 14-06831
Chapter 13
Hon. John T. Gregg
Filed: October 27, 2014

## AFFIDAVIT REGARDING TAX RETURNS

I, Ann M. VanNess, do hereby depose and say under oath that:

1. I am the debtor in this matter.

2. I have personal knowledge of the facts set forth in this affidavit; and, if sworn as a witness, can competently testify to the facts.

3. I filed a Voluntary Petition for relief under Chapter 13 of the Bankruptcy Code on October 27, 2014.

4. My 2012 State and Federal income tax returns have been filed.

By signing this affidavit I certify that all the information on this affidavit is true, correct and complete, and made in good faith to the best of my understanding, knowledge, and belief.

Dated: 2/27/15

Ann M. VanNess
Debtor

Subscribed and sworn to before me on FEBRUARY 27, 2015 in Ingham County, Michigan by Ann M. VanNess.

Kathy M. Hansbarger
Notary Public, State of Michigan, County of Clinton
Acting in Ingham County
My commission expires on April 21, 2021

KATHY M. HANSBARGER
NOTARY PUBLIC, STATE OF MI
COUNTY OF CLINTON
MY COMMISSION EXPIRES Apr 21, 2021
ACTING IN COUNTY OF INGHAM