UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

ANN M. VANNESS

Debtor.

Case No. 14-06831
Chapter 13
Hon. John T. Gregg
Filed: October 27, 2014

DEBTOR'S RESPONSE IN OPPOSITION TO
THE TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE

The Debtor, by and through her attorneys at the Dietrich Law Firm, hereby states the following in opposition to the Trustee's Motion to Dismiss Chapter 13 Case (DN 40):

1. Debtor's counsel has been unable to communicate with the Debtor regarding the Trustee's Motion to Dismiss Chapter 13 Case and requests that the matter be set for hearing to allow more time to reach our client.

WHEREFORE, the Debtor respectfully requests that the Court set the Trustee's Motion to Dismiss Chapter 13 Case (DN 40) for hearing.

Respectfully submitted,

DIETRICH LAW FIRM

Dated: 7/27/15

Robert W. Dietrich (P49704)
Michael T. Brown (P71385)
Attorney for Debtor(s)
3815 W. Saint Joseph Street, Ste. B-400
Lansing, MI 48917
(517) 374-8000 | fax (517) 374-9080
rwd@dietrichlawfirm.net